UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL TODD WATTERS,

    Petitioner,

v.                                                                  Case No:  6:16-cv-576-Orl-37TBS

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This cause is before the Court on *sua sponte* review of the file.  Petitioner filed a Petition for Writ of Habeas Corpus ("Petition," Doc. 1) in the United States District Court for the Northern District of Florida, Gainesville Division, which construed the Petition as requesting relief under 28 U.S.C. section 2241 and transferred the case to this Court.

Within fourteen (14) days from the date of this Order, Petitioner shall file an Affidavit of Indigency or other application to proceed *in forma pauperis* or pay the full filing fee.  The failure to do so shall result in the dismissal of this case without further notice.

The Petition was not completed on the appropriate form, and the Court finds that the standard pre-printed form is more useful in helping the Court to evaluate claims for federal habeas corpus relief.  Within fourteen (14) days from the date of this Order, Petitioner shall file an Amended Petition for Writ of Habeas Corpus on the section 2241 petition for writ of habeas corpus form provided as an attachment to this Order by the Clerk's Office.  The failure to fully comply with this Order will result in the dismissal of this case without further notice.

DONE and ORDERED in Orlando, Florida on April 7, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Unrepresented Party
OrlP-2 4/7